## CHARLES E. WEST *versus* THOMAS BROCK *et al.*

Three defendants in trespass joined in a plea in the Court of Common Pleas, which was demurred to, and in this Court, the plea and demurrer being waived, they pleaded severally and two were acquitted. *Held*, that the two should recover joint costs to the time of severing in their pleas, and several costs afterwards. *Held*, also, that they should recover two-thirds of the costs of depositions taken and witnesses summoned for the use of all three before they severed.

TRESPASS against Brock, Barnard and Chace for an assault and battery. The action was entered in the Court of Common Pleas at September term 1823, and was continued till March term 1824, when it was brought into this Court by demurrer. The defendants pleaded jointly in the court below. Here the plea and demurrer were waived and they pleaded severally a justification ; and upon a trial the plaintiff obtained a verdict against Brock only. The two others now claimed several costs. Depositions had been taken and witnesses summoned, before the severance in the pleas, for the use of all the defendants.

*April term 1826, at Taunton.*

*Per Curiam.* The defendants who were acquitted are entitled to joint costs to the time of their pleading severally, and to separate costs afterwards.* The costs of the depositions and witnesses are to be apportioned, so that they shall recover two-thirds of such costs.[1]

*T. G. Coffin* for the plaintiff.

*L. Williams* and *Warren* for the defendants

---

* See *Ewer* v. *Beard et al., ante,* 64.

[1] See *Durgin* v. *Leighton,* 10 Mass. R. 58.